

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00424-CV

| | | |
|---|---|---|
| Michael Cade and Billie Cade | § | From the 17th District Court |
| v. | § | of Tarrant County (17-251230-11) |
| Barbara D. Cosgrove, Individually, and as the Trustee of The Charles and Barbara Cosgrove Family Revocable Living Trust | § | April 3, 2014 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot